# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4461
_____

DEBBIE A. HALL,

   Appellant,

v.

CARROLL FULMER LOGISTICS
CORPORATION; and MOSES
BRYANT,

   Appellees.

_____

On appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

December 3, 2018

PER CURIAM.

   AFFIRMED.

ROBERTS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Nicholas Martino of Martino Legal, LLC, Jacksonville, for Appellant.

Peter E. Nicandri, W. Braxton Gillam, and John C. W. Cherneski of Milam Howard Nicandri Gillam & Renner, P.A., Jacksonville; D. Scott Craig of Law Office of D. Scott Craig, LLC, Jacksonville; and Ellis W. Peetluk of Peetluk Law Firm, P.A., Jacksonville, for Appellees.